# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY HARAWAY, | Case No. CV 13-0628 FMO (MRWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| E! ENTERTAINMENT TELEVISION, et al., | |
| Defendants. | |

Pursuant to plaintiff's Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c), relating to defendant International Creative Management Partners, LLC, and filed on September 30, 2013, IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice as to defendant defendant International Creative Management Partners, LLC.

Dated this 7th day of October, 2013.

/s/
Fernando M. Olguin
United States District Judge